George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

#8171 $275.18
6/22/11
PF

June 21, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re: Lambert L & Elaine Duncan; BK 06-20871

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $275.18 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Educational Financial Service | $275.18 | Claims Register # 032 |



/s/ _____
George M. Reiber, Trustee

FILED JUN 22 2011 BANKRUPTCY COURT ROCHESTER, NY